JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN DELUNA,<br><br>    Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: CV 18-1400-DMG (KSx)<br><br>**ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [28]** |

Pursuant to the parties' joint motion, this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs of suit and attorneys' fees. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: August 31, 2018

                                                DOLLY M. GEE
                                                UNITED STATES DISTRICT JUDGE